1  E. JEFFREY GRUBE (SB #167324) jeffgrube@paulhastings.com
   LESLIE D. ELLIS (SB #222724) leslieellis@paulhastings.com
2  LACIE TREGLOWN (SB #243369) lacietreglown@paulhastings.com
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
3  55 Second Street, 24th Floor
   San Francisco, CA  94105-3441
4  Telephone:  (415) 856-7000
   Facsimile:  (415) 856-7100
5
   Attorneys for Defendant,
6  UNITED PARCEL SERVICE, INC.

7  WILLIAM L. MARDER (SB #170131) bill@polarislawgroup.com
   POLARIS LAW GROUP LLP
8  501 San Benito Street, Suite 200
   Hollister, CA  95023
9  Telephone:  (831) 531-4214
   Facsimile: (831) 634-0333
10
   Attorney for Plaintiff,
11 RAYMOND AVILES

12                          UNITED STATES DISTRICT COURT

13                         NORTHERN DISTRICT OF CALIFORNIA
                                                              *E-FILED - 11/9/06*
14

15 | RAYMOND AVILES,                              | Case No. C 06-04988 RMW (HRL)
16 |        Plaintiff,                            | **STIPULATION AND []**
                                                  | **ORDER SELECTING ADR PROCESS**
17 |    vs.                                       |
18 | UNITED PARCEL SERVICE, INC. and              |
   | DOES 1 through 10, inclusive,                |
19 |                                              |
   |        Defendants.                           |
20

21

22

23

24

25

26

27

28

LEGAL_US_W # 54676465.1                                    Case No. C 06-04988 RMW (HRL)

STIPULATION AND [] ORDER SELECTING ADR PROCESS

1  Counsel report that they have met and conferred regarding ADR and have reached
2  the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:
3  The parties agree to participate in the following ADR process:
4  Court Processes:  Mediation (ADR L.R. 6)
5  The parties agree to hold the ADR session by: _____
6  the presumptive deadline.  (*The deadline is 90 days from the date of the order referring the case*
7  *to an ADR process unless otherwise ordered).*
8  Dated:  October 26, 2006          PAUL, HASTINGS, JANOFSKY & WALKER LLP

                                           /s/ Leslie D. Ellis
                                   By:_____
                                           LESLIE D. ELLIS

                                   Attorneys For Defendant
                                   UNITED PARCEL SERVICE, INC.
                                   POLARIS LAW GROUP LLP
   Dated:  October 26, 2006

                                           /s/ William L. Marder
                                   By:_____
                                           WILLIAM L. MARDER

                                   Attorney For Plaintiff
                                   RAYMOND AVILES

LEGAL_US_W # 54676465.1                                    Case No. C 06-04988 RMW (HRL)

STIPULATION AND [ ORDER SELECTING ADR PROCESS

1 **[] ORDER**

2  Pursuant to the Stipulation above, the captioned matter is hereby referred to
3 Mediation.
4  Deadline for ADR session is 90 days from the date of this order.
5  IT IS SO ORDERED.

6 DATED:  __11/9/06_____      ___/S/ RONALD M. WHYTE_____
7                                 U.S. DISTRICT JUDGE