| | |
|---|---|
| 1 | E. JEFFREY GRUBE (SB #167324) jeffgrube@paulhastings.com |
| 2 | LESLIE D. ELLIS (SB #222724) leslieellis@paulhastings.com<br>LACIE TREGLOWN (SB #243369) lacietreglown@paulhastings.com |
| 3 | PAUL, HASTINGS, JANOFSKY & WALKER LLP<br>55 Second Street, 24th Floor<br>San Francisco, CA 94105-3441 |
| 4 | Telephone: (415) 856-7000<br>Facsimile: (415) 856-7100 |

Attorneys for Defendant,
UNITED PARCEL SERVICE, INC.

WILLIAM L. MARDER (SB #170131) bill@polarislawgroup.com
POLARIS LAW GROUP LLP
501 San Benito Street, Suite 200
Hollister, CA 95023
Telephone: (831) 531-4214
Facsimile: (831) 634-0333

Attorney for Plaintiff,
RAYMOND AVILES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 2/6/07*

| | |
|---|---|
| RAYMOND AVILES,<br><br>        Plaintiff,<br><br>vs.<br><br>UNITED PARCEL SERVICE, INC. and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 5:06-CV-04988-RMW<br><br>**STIPULATION DISMISSING PLAINTIFF'S ENTIRE ACTION WITH PREJUDICE AND [PROPOSED] ORDER THEREON** |

LEGAL_US_W # 55532938.1                              1

STIPULATION AND ORDER DISMISSING PLAINTIFF'S ENTIRE ACTION WITH PREJUDICE

1  IT IS HEREBY STIPULATED by and between the parties hereto, though their respective
2  counsel, that Plaintiff's entire action shall be dismissed with prejudice pursuant to FRCP 41(a)(2).

4  Dated: January 30, 2007    PAUL, HASTINGS, JANOFSKY & WALKER LLP

6  By: /s/ Leslie D. Ellis
7        LESLIE D. ELLIS

8  Attorneys For Defendant
   UNITED PARCEL SERVICE, INC.

9  POLARIS LAW GROUP LLP
10 Dated: January 29, 2007

11 By: /s/ William L. Marder
12       WILLIAM L. MARDER

13 Attorney For Plaintiff
   RAYMOND AVILES

16                     [PROPOSED] ORDER

18  WHEREAS, the parties having stipulated, pursuant to FRCP 41(a)(2) IT IS SO
19  ORDERED that Plaintiff's entire action is dismissed with prejudice.

21  DATED: 2/6/07            /s/ Ronald M. Whyte
22                            RONALD M. WHYTE
                              DISTRICT COURT JUDGE

LEGAL_US_W # 55532938.1                 2
STIPULATION DISMISSING PLAINTIFF'S ENTIRE ACTION WITH PREJUDICE